IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNER JUNE REED, a minor, by and through her guardian ad litem, PAMELA REED,<br><br>                 Plaintiff,<br><br>   v.<br><br>DOUGLAS DARRELL HAIGHT, et al,<br><br>                 Defendants. | Case No.: 1:11-cv-00926 AWI JLT<br><br>ORDER VACATING THE INITIAL SCHEDULING CONFERENCE |

    Defendants initiated the action in this Court by filing a Notice of Removal on June 8, 2011. (Doc. 1). The parties filed a Notice of Settlement "contingent upon Approval of the Petition to Compromise Pending Action of Minor's Claim" on August 29, 2011. (Doc. 6). Following approval of the state court, the parties filed a petition to approve the settlement on September 1, 2011. (Doc. 7) Based upon the forgoing, there is good cause to vacate the scheduling conference in this matter.

    Accordingly, **IT IS HEREBY ORDERED**: The Scheduling Conference set for September 22, 2011, at 9:00 am is **VACATED**.

IT IS SO ORDERED.

Dated:  **September 21, 2011**                                             /s/ Jennifer L. Thurston
                                                                             UNITED STATES MAGISTRATE JUDGE