1  Curtis E. Floyd, Esq.
   **FLOYD & HORRIGAN**
2  903 "H" Street, Suite 200
   Bakersfield, California 93304
3  (661) 633-2055; Fax (661) 633-1391

4  Attorneys for Plaintiff
   TANNER JUNE REED, A MINOR
5  BY HER GAL, PAMELA REED

**FILED**

OCT 18 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNER JUNE REED, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, PAMELA REED,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS DARRELL HAIGHT; D & H AUTO TRANSPORT, INC., AND DOES 1 TO 20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 1:11-CV-00926-AWI-JLT<br><br>STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1) |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendants, through their designated counsel of record, that the above-captioned action be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

DATED: October 7, 2011

FLOYD & HORRIGAN

By: _____
CURTIS E. FLOYD, ESQ.
Attorneys for Plaintiff

---
1
(STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL, WITH PREJUDICE PURSUANT FRCP 41(a)(1)

1 | DATED: October 7, 2011         CLIFFORD & BROWN

By: _____
DANIEL T. CLIFFORD, ESQ.
Attorneys for Defendants

## ORDER

Upon agreement of the parties,

**IT IS SO ORDERED**

_____
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE