Curtis E. Floyd, Esq.
**FLOYD & HORRIGAN**
903 "H" Street, Suite 200
Bakersfield, California 93304
(661) 633-2055; Fax (661) 633-1391

Attorneys for Plaintiff
TANNER JUNE REED, A MINOR
BY HER GAL, PAMELA REED

FILED
OCT 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANNER JUNE REED, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, PAMELA REED,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS DARRELL HAIGHT; D & H AUTO TRANSPORT, INC., AND DOES 1 TO 20, INCLUSIVE,<br><br>Defendants. | CASE NO.: 1:11-CV-00926-AWI-JLT<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendants, through their designated counsel of record, that the above-captioned action be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1).

DATED: October 7, 2011                              FLOYD & HORRIGAN

                                                   By: _____
                                                        CURTIS E. FLOYD, ESQ.
                                                        Attorneys for Plaintiff

1
(STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL, WITH PREJUDICE PURSUANT FRCP 41(a)(1)

| | |
|---|---|
| 1  DATED: October 7, 2011 | CLIFFORD & BROWN |
| 2 | |
| 3 | By: _____ |
| 4 | DANIEL T. CLIFFORD, ESQ. |
| | Attorneys for Defendants |
| 5 | |
| 6 | |
| 7 | **ORDER** |
| 8 | |
| 9  Upon agreement of the parties, | |
| 10 | |
| 11  **IT IS SO ORDERED** | _____ |
| | ANTHONY W. ISHII |
| | UNITED STATES DISTRICT JUDGE |

2
(STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT FRCP 41(a)(1)